**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**FILED**

**OCT 3 1 2012**

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

| | |
|---|---|
| ERROL GEORGE BRYAN, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 12-1764 |
| | ) |
| CLIFFORD CHAMBERS, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM OPINION

This matter comes before the Court upon review of plaintiff's application for leave to proceed *in forma pauperis* and *pro se* complaint. The application will be granted but the complaint will be dismissed.

The instant complaint is substantially similar to that filed in a recent lawsuit, *see Bryan v. Carter*, No. 12-1624 (D.D.C. filed Sept. 28, 2012), and it will be dismissed as duplicative.

An Order is issued separately.

/s/ Reggie B. Walton
United States District Judge

DATE: October 15, 2012